**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Qian Wu

                                                        Plaintiff,

v.                                                                          Case No.:
                                                                            1:26–cv–01621
                                                                            Honorable Lindsay C.
                                                                            Jenkins

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                                        Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 13, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: Upon review of the complaint, the Court sua sponte raises the propriety of joining nearly 200 Defendants in a single action. By February 19, 2026, plaintiff must file a supplemental memorandum addressing the propriety of joinder. In the alternative, plaintiff has leave to file an amended complaint naming a single Defendant by February 19, 2026. The motion to seal [2] is denied because there is a strong presumption of openness in judicial proceedings. "Secrecy in judicial proceedings... is disfavored." Mueller v. Raemisch, 740 F.3d 1128, 1135 (7th Cir. 2014). Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.